ELLEN PETERSON, Appellant, *v.* THE FORDHAM CORNICE WORKS, INC., Respondent.

(Argued November 25, 1929; decided January 7, 1930.)

*William A. Schacht* for appellant.

*Samuel Robert Weltz* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.